Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hammer Down Oilfield Services, LLC** |
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names and *doing business as* names | |

**3.** Debtor's federal Employer Identification Number (EIN)

8  1  –  4  4  1  0  9  2  9

**4.** Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6351 Hwy 36 South** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Brenham**            **TX**      **77833** | |
| City               State    ZIP Code | City               State    ZIP Code |
| **Washington** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City               State    ZIP Code |

**5.** Debtor's website (URL)

**6.** Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__ __1__ __1__ __1__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.    *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                                  MM / DD / YYYY
               District _____ When _____ Case number _____
                                                  MM / DD / YYYY
               District _____ When _____ Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number    Street

_____

_____
City    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/11/2019**
          MM / DD / YYYY

X **/s/ x Timothy Jimenez**                    x **Timothy Jimenez**
Signature of authorized representative of debtor    Printed name

Title **xManager**

| 18. | Signature of attorney | X **/s/ Mark C. Taylor**                    Date **09/11/2019** |
|---|---|---|

Signature of attorney for debtor                    MM / DD / YYYY

**Mark C. Taylor**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**100 Congress Avenue, 18th Floor**
Number          Street

_____

**Austin**                              **TX**        **78701**
City                                    State       ZIP Code

**(512) 685-6400**                      **mark.taylor@wallerlaw.com**
Contact phone                           Email address

**19713225**                            **TX**
Bar number                              State

IN RE:   **Hammer Down Oilfield Services, LLC**                    CASE NO

                                                                                          CHAPTER     **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/11/2019 _____                    Signature  */s/ x Timothy Jimenez* _____
                                                                                    *x Timothy Jimenez*
                                                                                    *xManager*

Date _____                    Signature _____

2A Energy Services
493 Old Adams Road
Pleasanton, TX 78064


325 Trucking
2438 Industrial Blvd
Abilene, TX 79605


4-Star Hose & Supply, Inc
P.O. Box 541356
Dallas, TX 75354


Absolute Control, LLC
41212 Park 290, Suite A
Waller, TX 77484


Accountemps
P.O. Box 743295
Los Angeles, CA 90074


Acme Truck Line
P.O. Box 183
Harvey, LA 70059


Ambit Energy
P.O. Box 660462
Dallas, TX 75266


AMD Energy Services, LLC
1120 S FM 1788
Midland, TX 79706-2635


American Eagle Logistics, LLC
P.O. Box 3307
Lafayette, LA 70502

Angel Safety Supply, LLC
P.O. Box 2208
Decatur, AL 35609


Arens Services LLC
7800 Highway 290 E
Chappell Hill, TX 77426


Arens Services, LLC
7800 Highway 290 E
Chappell Hill, TX 77426


ASAP Industries Manufacturing, Inc.
P.O. Box 938
Bourg, LA 70343


ASCO Equipment
2800 US 290
Brenham, TX 77833


AT&T 4468 Corp Internet
P.O. Box 5019
Carol Stream, IL 60197-5019


Atchafalaya Measurement Inc
P.O. Box 677208
Dallas, TX 70583


B & J Wholesale, LLC.
7999 FM 359
Pattison, TX 77423-9787


B&D Flowback, LLC
P.O. Box 279
Raceland, LA 70394

Bank of Brenham
P.O. Box 606
Brenham, TX 77834


BBVA USA
P.O. Box 192
Birmingham, AL 35201-0192


BCDE Rentals, LLC
P.O. Box 479
Uvalde, TX 78802


Bearing Service & Supply, Inc.
P.O. BOX 7750
Shreveport, LA 71137-7750


Bell's Towing & Recovery
12028 Mansfield Road
Keithville, LA 71047


Best Flow Line Equipment, L.P.
9298 Baythorne Drive
Houston, TX 77041


Best Western Inn of Brenham
1503 Hwy 290E
Brenham, TX 77833


Bestway
16030 Market Street
Channelview, TX 77530-4512


Bestway Oilfield
16030 Market Street
Channelview, TX 77530-4512

Blahuta Advertising
P.O. Box 270
Hallettsville, TX 77964


Blaze Sales & Service
7824 Scott Street
Houston, TX 77051


BLR
P.O. Box 5094
Brentwood, TN 37024


Boland Field Services
P.O. Box 314
Gardendale, TX 79758


Bold Production Services, LLC
10880 Alcott Drive, Suite A
Houston, TX 77043


Brenham L-P Gas, Inc.
302 W Main Street
Brenham, TX 77833-3659


BT & S Trucking Services, LLC
2201 Myrtle Street
Odessa, TX 79761


Buffalo Supply & Equipment, Inc.
P.O. Box 417
Scottsville, TX 75688-9998


BulletProof Ironworks LLC
P.O. Box 60601
Midland, TX 79711

Bullgang Tools, LLC
2450 Hwy 290 E
Brenham, TX 77833

Catalyst Financial
1136 N Kirkwood
Houston, TX 77043

Certified Laboratories
P.O. Box 971269
Dallas, TX 75397-1269

Certified Pressure Testing, LLC
2019 State Route 821
Bldg. #25
Marietta, OH 45750

Chaparral Place Apartments
1121 W Oaklawn Road
Pleasanton, TX 78064

Chem Station
1213 ESI Drive
Springdale, AR 72764

Cintas #547
P.O. Box 650838
Dallas, TX 75265-0838

Circle M Energy
P.O. Box 1100
Palestine, TX 75802

CK Enterprises, LLC
5001 W. Wadley Avenue
Apt. M215
Midland, TX 79707-5168

Clean Image
42 S. Shasta Bend Circle
The Woodlands, TX 77389


Comfort Inn & Suites
2235 SE Loop
Carthage, TX 75633


Cross Fire Express MC#517403
f/b/o Catamount Financial LP
PO Box 37089
Houston, TX 77237


Cross Roads Oil Supply, Ltd.
P.O. Box 1546
El Campo, TX 77437


Cyclone Rentals, Inc.
2927 FM 999
Gary, TX 75643


Dalton Anders
220 Laurel Lane
Lyons, TX 77863


Dandy Products Inc
1026 Joseph Street
Shreveport, LA 71107


Dayliter Rentals, LLC
dba PLS Equipment Rentals
10400 Vineyard Blvd Ste C
Oklahoma City, OK 73120


DeRouen Express Services LLC
P.O. Box 60593
Midland, TX 79711

Diamond P Lease & Well
7981 FM 141 South
Dime Box, TX 77853


DISA Global Solutions, Inc.
Dept 3731
PO Box 123731
Dallas, TX 75312-3731


Distribution Now
P.O. Box 200822
Dallas, TX 75320


Energize Electric
P.O. Box 164
New Ulm, TX 78950


Enterprise Lease
P.O. Box 800089
Kansas City, MO 64180-0089


Enterprise Rental
21503 Springs Plaza Drive
Spring, TX 77388


Euler Hermes Services
800 Red Brook Blvd
Owings Mills, MD 21117


Fairway Transport LLC
P.O. Box 11707
New Iberia, LA 70562


Faith Rentals
P.O. Box 445
Boling, TX 77420

Ford Credit
P.O. Box 650575
Dallas, TX 75265-0575


Full Boar Oil Tools, Inc.
P.O. Box 2505
Longview, TX 75606


GBC Money Group
P.O. Box 8010
Midland, TX 79708


Gilliam & Associates, PC
11010 Coachlight Street
Suite 200
San Antonio, TX 78216-3935


Golden Ranch Energy Services
P.O. Box 280
Raceland, LA 77834


Gulf Pro Services, LLC
P.O. Box 228
Houma, LA 70361


Gulf South Energy Services LLC
5321 La Chute Place
Keithville, LA 71047


Gulfstream Services, Inc.
DEPT 3254
PO Box 123254
Dallas, TX 75312-3254


Harcos Oilfield Services, LLC
P.O. Box 479
Uvalde, TX 78802

High Pressure Rental & Supply, LLC
P.O. Box 9037
Corpus Christi, TX 78469


Holiday Inn Express & Suites Bossier Cit
7970 E Texas Street
Bossier City, LA 71111


HYTORC
333 Route 17 North
Mahwah, NJ 7430


I & S Oil Services, LLC
P.O. Box 872
Odessa, TX 79760


Indeed Oilfield Supply
11993 FM 529
Houston, TX 77041


Indigo Flowback Solutions, LLC
900 C South State Street
Madisonville, TX 77864


Industrial Safety Products, LLC
P.O. Box 62391
Houston, TX 77205


Integrity Gas Services, LLC
7906 N Sam Houston Pkwy W
Suite 200
Houston, TX 77064


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Cross
P.O. Box 445
Boling, TX 77420


Iron Oak Services
P.O. Box 2861
Ruston, LA 71273


Isaacs Transport
13452 FM 206
Tyler, TX 75709


J & M Premier Services Inc
12969 N US Hwy 79
Palestine, TX 75801


Jet Hose & Packing, Inc.
619 2nd Street
Pleaseanton, TX 78064


K & B Oilfield Services, Inc.
P.O. Box 2384
Henderson, TX 75653


KAOS, LLC
9266 Ben Tirran Ct
Colorado Springs, CO 80908


Korth & Linke Welding
P.O. Box 1213
Brenham, TX 77834


La Noria Properties LLC
125 Encino Avenue
San Antonio, TX 78209-5670

LandStar Ranger
P.O. Box 784293
Philadelphia, PA 19178


Lary Archer & Associates
P.O. Box 1468
Mineral Wells, TX 76068


Lass Corporation, The
104197 Town and Country Way
Suite 420
Houston, TX 77024


LaTEXO Transport, LLC
P.O. Box 154707
Lufkin, TX 75915


Lawson Equipment Rental, LLC
3222 McCarroll Drive
Baton Rouge, LA 70809


Leaf
1720A Crete Street
Moberly, MO 65270


Lime Instruments LLC
1187 Brittmoore Road
Houston, TX 77043


Live Oak Environmental
4320 Marlena Street
Bossier City, LA 71111


LLMH, LLC
820 Holston Hills Drive
College Station, TX 77845

M&M Disposal
P.O. Box 12
Stanton, TX 79782


M&O Investments
1040 Pearl Drive
Bossier City, LA 71111


Manrique, Arnold
P.O. Box 3130
Alice, TX 78333


Mark Jensen
P.O. Box 573
Brenham, TX 77834


Martel, Rodney
P.O. Box 181
Nome, TX 77629


Matheson Tri-Gas, Inc.
Dept 3028, P.O. Box 123028
Dallas, TX 75312


Maverick Blasting & Services, LLC
P.O. Box 39171
Shreveport, LA 71133


Maxim Energy Services
1085 Northside Road
Victoria, TX 77904


Meyer
6733 Leopard Street
Corpus Christi, TX 78409

MK Hauling, LLC
815 Greene Road
Minden, LA 71055


Mobilease
P.O. Box 925628
Houston, TX 77292-5628


Moore's Retread & Tire of The Ark-La-Tex
3327 E Texas Street
Bossier City, LA 71111


Napa Auto Parts
P.O. Box 589
Brenham, TX 77834


National Flare & Equipment
1190 Destrehan Avenue
Harvey, LA 70058


Oil Patch Group
P.O. Box 204667
Dallas, TX 75320-4667


P & W Sales
405 State Hwy 135 N
Kilgore, TX 75662


Page Wire Rope & Slings, Inc.
P.O. Box 41047
Baton Rouge, LA 70835


PEC
233 General Patton Avenue
Mandeville, LA 70471

Perez DataNet LLC
P.O. Box 3349
Hobbs, NM 88240

Pettigrew Specialty Company, Inc.
P.O. Box 7204
Shreveport, LA 71107

Piper Oilfield Products
P.O. Box 94520
Oklahoma City, OK 73143

PL Testing
P.O. Box 1107
Giddings, TX 78942

Plusco, Inc.
14518 Henry Rd
Houston, TX 77060-5621

Praxair Distribution, Inc.
Dept 0812, P.O. Box 120812
Dallas, TX 75312

Procurify
300 - 455 Granville Street
Vancouver, BC V6C 1T1 CANADA

Prodigal Pressure Solutions
2672 Doc Steed Road
Minden, LA 71055

Production Equipment Sales & Services
P.O. Box 3162
Midland, TX 79702

Production Technology & Services, Inc.
1463 Hwy 6 South
Houston, TX 77077


ProFlow, LLC
2745 S Hwy 171
Cleburne, TX 76031


Pruitt Production Services, Inc.
P.O. Box 808
Giddings, TX 78942


Pryor Sales & Service
901 E Juan Linn
Victoria, TX 77901


R&S Supply
3556 New Monroe Road
Bastrop, LA 71220


Raven Recert, LLC
P.O. Box 14976
Odessa, TX 79768


Razor Services INC
2927 FM 999
Gary, TX 75643


Reliable Energy Solutions
15201 Mason Road
Suite 1000-330
Cypress, TX 77433


Reliable Specialty Company, The
P.O. Box 1627
Magnolia, TX 77353

Republic Services #473
P.O. Box 78829
Phoenix, AZ 85062-8829


Rig Runner
P.O. Box 206546
Dallas, TX 75320-6564


Rock City Services, LLC
P.O. Box 1220
Greenbriar, AR 72058


Rockin K Hauling, LLC
29568 Kloecker Road
Hempstead, TX 77445


Rocking W Energy Services
P.O. Box 458
Banquete, TX 78339


Rosenblatt Law Firm, The
16731 Huebner Road
San Antonio, TX 78248


Roughneck Rentals, LLC
P.O. Box 748
Minden, LA 71508-0748


Russell Express, LLC
21310 Binford Road
Waller, TX 77484


Russell Logistics, LLC
21310 Binford Road
Waller, TX 77484

RWDY Consulting, Inc.
Dept. 96-0098
Oklahoma City, OK 763196-0098


S & H Energy, LLC
P.O. Box 9610
Midland, TX 79708


Salazar Service and Trucking Corporation
5511 Starboard Drive
Midland, TX 79706


Sand Separation Solutions LLC
P.O. Box 302857
Austin, TX 78703


Seton Identification Products
P.O. Box 95904
Chicago, IL 60694-5904


Sierra Services, LLC
P.O. Box 520
Jourdanton, TX 78026


Sky Vacuum Services LLC
4213 Sligo Road
Haughton, LA 71037


South Texas Specialties, LLC
6408 Crescent Loop
Unit 1
Laredo, TX 78041


Super 8 by Wyndham
2209 East Hwy 290
Brenham, TX 77833

Swan Lake Rental
3396 Swan Lake Road
Bossier City, LA 71111


T3 Truck N Trailer
1808 Highway 105
Brenham, TX 77833


Target Lodging
2170 Buckhorne Place
Suite 440
The Woodlands, TX 77380

Telephonics Unlimited, Inc.
P.O. Box 1404
Humble, TX 77347-1404


TerraFlow Services, LLC
P.O. Box 53367
Midland, TX 79710


The Oasis at Pavilion Park
110 Pavilion Pkwy
Midland, TX 79705


Thrubore Valves, LLC
5510 FM 1488 Road
Magnolia, TX 77354-2439


Tiger Safety
P.O. Box 733254
Dallas, TX 75373


Titan Test Pumps, LLC
P.O. Box 1419
El Campo, TX 77437

Triangle Blueprint Co.
1123 Calder Ave
Beaumont, TX 77701


Trusted Employees
7900 West 78th Street
Suite 400
Edina, MN 55439

TSI Flow Products
P.O. Box 9182
Corpus Christi, TX 78469


Twin Services
4809 W 42nd
Suite A
Odessa, TX 79764


United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701


United Vision Logistics, LLC
P.O. Box 975357
Dallas, TX 75397


Valvoline, LLC
P.O. Box 7400513
Chicago, IL 60674-8513


Vanguard Oilfield Services, LLC
1901 Morse Street
Houston, TX 77019


Verizon Wireless
P.O. Box 489
Newark, NJ 7101

W4 Consulting, LLC
P.O. Box 39171
Shreveport, LA 71133


Wex 0798-7
P.O. Box 4337
Carol Stream, IL 60197


Zach's Lawns and Landscaping
3500 North Briarwood Drive
Brenham, TX 77833