# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-11222-HCM |
| | § | |
| HAMMER DOWN OILFIELD SERVICES, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |
| | § | |

## FIRST INTERIM APPLICATION OF FISHBONE INVESTMENTS, LLC FOR COMPENSATION AS CONSULTANT FOR CHAPTER 7 TRUSTEE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**
**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**
**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

**NOW COMES JOHN PATRICK LOWE** ("Trustee"), as the chapter 7 trustee for the estate of Hammer Down Oilfield Services, LLC ("Debtor"), by and through his undersigned Special Counsel, and pursuant to 11 U.S.C. § 327 files this Interim Application of Fishbone Investments, LLC for Compensation as Consultant for Trustee, and respectfully requests approval of the compensation described below, showing the Court as follows:

1.      On September 11, 2019 (the "Petition Date"), the Debtor commenced a case by filing a petition for relief under chapter 7 of the Bankruptcy Code (the "Chapter 7 Case").

2.      On January 15, 2020, the Trustee hired Fishbone Investments, LLC and its representatives, including Brian Murphy, to act as a consultant and perform the following: (i) assist the Trustee and his special counsel in the investigation of Debtor's property that was (a)

damaged in connection with an August 30, 2019 oil and gas well blowout at the GEP Haynesville Well, or (b) stolen; and (ii) assist the Trustee and his special counsel in the investigation of Debtor's property in the possession of third parties for turnover to the Debtor's estate, which was approved by the Court by Order entered on February 19, 2020 [Dkt. #140].

3.  The Bank of Brenham, N.A., a secured creditor of Debtor ("Bank"), has agreed to pay Fishbone Investments, LLC its fees and expenses associated with its consulting work for the Trustee in the above-referenced bankruptcy, and also the fee to the Trustee as set forth in Section 326 of the U.S. Bankruptcy Code, subject to the Court's approval through this fee application process.

4.  A Compensation Support Exhibit, reflecting contemporaneous time records itemizing services rendered by category in a format which reflects a description of each service entry, the amount of time spent rendering that service, the date the service was performed, who performed that service, and the hourly rate of the person performing that service, is attached hereto as Exhibit "A". The Bank and Fishbone Investments have agreed that, in lieu of seeking the fees and expenses listed in Exhibit A, the Bank will pay Fishbone Investments, LLC a flat fee of $35,000 for services and expenses rendered through May 6, 2021.

5.  Accordingly, Fishbone Investments, LLC seeks fees and expenses through May 6, 2021 in the amount of $35,000.

WHEREFORE, Trustee requests that Fishbone Investments, LLC be allowed compensation for its fees and expenses through May 6, 2021 in the amount of $35,000, and for such and further relief as is just.

Respectfully submitted this June 22nd, 2021.

**ERIC TERRY LAW PLLC**

By: */s/ Eric Terry*
Eric Terry
Texas Bar No. 00794729
4040 Broadway, Ste. 350
San Antonio, TX 78209
Telephone:  (210) 468-8274
Facsimile:  (210)-319-5447
eric@ericterrylaw.com

and

**MARK KIEHNE LAW, PLLC**
By: */s/ Mark Kiehne*
Mark Kiehne
Texas Bar No. 24032627
26550 White Eagle Drive
San Antonio, TX 78260
Telephone:  (210) 264-5845
mark@kiehnelaw.com

**SPECIAL COUNSEL FOR JOHN PATRICK LOWE,
CHAPTER 7 TRUSTEE FOR THE ESTATE OF
HAMMER DOWN OILFIELD SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 22nd day of June 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon the following parties registered to receive electronic notice via the Court's CM/ECF system.

Andrew P. Tower
Andrew P. Tower & Associates PLLC
5650 San Felipe St Ste 500
Houston, TX 77056

Bill Richey
Griffin and Matthews
400 Neches St
Beaumont, TX 77701

Brian A. Kilmer
Kilmer Crosby & Quadros PLLC
712 Main St Ste 1100
Houston, TX 77002

Bruce K. Watkins
Watkins & Watkins
24 Greenway Plz Ste 1710
Weslayan Tower
Houston, TX 77046

Charles E. Lauffer, Jr.
Ritcheson Lauffer & Vincent PC
821 E Southeast Loop 323 Ste 530
Tyler, TX 75701

Eric C. Wood
Brown Fox PLLC
5550 Granite Pkwy Ste 175
Plano, TX 75024

George A. Kurisky, Jr.
Johnson, Deluca, Kurisky & Gould, PC
1221 Lamar St Ste 1000
Houston, TX 77010

H. Miles Cohn
Crain, Caton & James, PC
1401 McKinney St Fl 17
Houston, TX 77010

Hobart Hind

Butler Weihmuller Katz Craig
18383 Preston Rd., Ste. 400
Dallas, TX 75252

J. David Dickson
Beard Kultgen Brophy Bostwick & Dickson, LLP
220 S 4th St
Waco, TX 76701

Jameson Joseph Watts
Husch Blackwell LLP
111 Congress Ave Ste 1400
Austin, TX 78701

Jamie Cangelosi
Stewart Robbins Brown & Altazan LLC
301 Main Street, Suite 1640
Baton Rouge, LA 70801

John M. Stern
Office of the Attorney General - Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711

John P. Dillman
Linebarger Goggan Blair & Sampson LLP
4828 Loop Central Dr Ste 600
Houston, TX 77081

John P. Lowe, Trustee
2402 E Main St
Uvalde, TX 78801

John T. Richer
Hall, Estill
320 S Boston Ave Ste 200
Tulsa, OK 74103

Joseph D. Austin
Kelly Hart & Hallman LLP

4

420 Throckmorton St Ste 1210
Fort Worth, TX 76102

Joseph E. Bain
Jones Walker LLP
811 Main St Ste 2900
Houston, TX 77002

Justin W. Renshaw
Renshaw, PC
2900 Weslayan St Ste 360
Houston, TX 77027

Kenneth Green
Snow & Green LLP
PO Box 549
Hockley, TX 77447

Kyung S. Lee
Kyung S. Lee PLLC
4723 Oakshire Dr Apt B
Houston, TX 77027

Maria Mulrooney Bartlett
Cokinos Young
1221 Lamar St Fl 16
Houston, TX 77010

Mark Maney
Maney & Gonzlez-Flix PC
712 Main, Suite 2100
Houston, Texas 77002-3216

Mark C. Taylor
Waller Lansden Dortch & Davis LLP
100 Congress Ave Ste 1800
Austin, TX 78701

Matthew L. Czimskey
Beard Kultgen Brophy Bostwick & Dickson, PLLC
220 S 4th St
Waco, TX 76701

Meagan Martin Powers
Martin Powers & Counsel, PLLC
600 E John Carpenter Fwy Ste 234
Irving, TX 75062

Michael S. Holmes
Michael S. Holmes, P.C.
9708 Hillcroft St
Houston, TX 77096

Michelle V. Friery
Crain, Caton & James, P.C.
1401 McKinney St Ste 1700
Houston, TX 77010

Shane M. Bebout
Todd, Barron, Thomason, Hudman & Bebout, P.C.
3800 E 42nd St., Ste. 409
Odessa, TX 79762

Stanwood R. Duval
Duval, Funderburk, Sundbery, Richard & Watkins,
101 Wilson Avenue
Houma, LA 70364-3137

Stephen G. Wilcox
Wilcox Law, P.L.L.C.
PO Box 201849
Arlington, TX 76006

Steven J. Levitt
Thompson & Knight, LLP
1722 Routh St., Suite 1500
Dallas, TX 75201

William C. Devine, II
5940 S. Rainbow Blvd.
Las Vegas, NV 89118

William T. Green, III
PO Box 980092
Houston, TX 77098

By: _/s/ Eric Terry_____
Eric Terry