FishBone

HD Chapter 7 man Hours Summery

| Date | Hours | Description | | | | |
|---|---|---|---|---|---|---|
| | | | | 184.3 | $ 200.00 | $ 36,860.00 |
| | | | 4-Dec Miles | 280 | $ 161.00 | |
| | | | Hotel | | $ 129.17 | |
| | | | 12/5/19 Miles | 280 | $ 161.00 | |
| 11/11/19 | 7 | invest and track who had info on theHD Blowout site | 9/7/20 Miles | 275 | $ 158.13 | |
| | 5 | basic list of items in blow out | 9/8/20 Miles | 275 | $ 158.13 | |
| 11/12/19 | 6 | evaluation of items in blowout | | | | |
| | 7 | found photo and tried to paper files of rig up believe this will be in the HD Emails | | | | |
| 11/19/19 | 1 | Phone call with Eric Terry about HD Blowout and Missing Equipment | total to date | | | $ 37,627.42 |
| | 3 | List of know assets at HD Blow out site | | | | |
| | | access to blow out location to survey the damages | | | | |
| 11/20/19 | 5 | list of HD Equipment in Blowout | | | | |
| 11/21/19 | 6 | generated a list of missing items from Iron cross Backups | | | | |
| 11/28/10 | 2 | List of missing items from HD Bossier location | | | | |
| | 2 | items known that stolen from Bossier | | | | |
| 12/4/19 | 3 | Damaged Equipment vs. Insurance Endorsements Review | | | | |
| | 6 | Eric Terry on rush site visit on 12/5/19 in Coushatta, Louisiana Prep for Travel | | | | |
| | 6 | Travel time to Louisiana Tomball to Coushatta to Bossier City | | | | |
| | | Miles 280 *.575 + $161.00 | | | | |
| | | Hotel $129.17 | | | | |
| 12/5/19 | 8 | GEP Site visit and inspection plus removal of items to Stress Engineering. | | | | |
| | 6 | Travel time to Louisiana Bossier city to Coushatta to Tomball | | | | |
| | | Miles 280 *.575 + $161.00 | | | | |
| 12/6/19 | 8 | site trip review | | | | |
| 12/7/19 | 5 | Site trip list of damaged | | | | |
| 12/9/19 | 3 | Review Bestway agreements . Call with Eric Terry | | | | |
| | 1.5 | tried to work with Goss Communications on emails and computers for HD on blow out | | | | |
| | 0.5 | Phone call with Eric and Mark Kiehne on emails | | | | |
| 12/10/19 | 7 | Hammer down Asset List from paper files in Chappell hill | | | | |
| 12/11/19 | 8 | Hammer down Asset List from paper files | | | | |
| 12/12/19 | 8 | Hammer down Asset List from paper files | | | | |
| 12/13/19 | 8 | Hammer down Asset List from paper files | | | | |
| 1/10/20 | 5 | Started working on Hammerdown Asset list of missing/stolen from paper files in Chappell Hill | | | | |
| 1/11/20 | 7 | Asset list of missing/stolen from paper files in Chappell Hill | | | | |
| 1/12/20 | 6 | Asset list of missing/stolen from paper files in Chappell Hill | | | | |
| | | Requested a current asset list HD 3rd request | | | | |
| 1/13/20 | 0.3 | Call with Mark | | | | |
| 1/20/20 | 1 | Call with Eric and Mark: to discuss a game plan going forward: status of list of damage items and any documentation on same, status of list of stolen items and any,entities/individuals in possession of Hammer Down documentation on same, | | | | |
| 1/21/20 | 4 | Old Verado field tickets for HD Equipment in Verado's position | | | | |
| 8/24/20 | 3 | Stress engineering prep / call with Mark/ Kirt | | | | |
| 8/25/20 | 6 | HD Blowout Inspection Stress engineering | | | | |
| 9/5/20 | 6 | HD Insurance Insurance Endorsements / CC with Bryan Post on list | | | | |
| 9/7/20 | 7 | Prep and Travel from Tomball TX. to Red River Parish Louisiana for Ins Inspection 100 Starkway, Coushatta La 71019 | | | | |
| | | 275 miles @ .575 = 158.13 | | | | |
| 9/8/20 | 7 | Site inspection | | | | |
| | 5 | travel from to Tomball | | | | |
| | | 275 miles @ .575 = 158.13 | | | | |
| 9/15/20 | 1 | Call with Mark on List of equipment and Police report for missing equip. | | | | |
| 10/7/20 | 1 | Call with Mark on GEP MSA | | | | |
| | 3 | located copy of GEP MSA unexecuted | | | | |

**EXHIBIT A**