UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HAMMER DOWN OILFIELD SERVICES, LLC | § § § | Case No. 19-11222 CGB |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOHN PATRICK LOWE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U.S. Bankruptcy Court
Austin Division
903 San Jacinto, Suite 322
Austin, TX 78701

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S FINAL REPORT. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING AND SERVE A COPY OF BOTH UPON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AS UNOPPOSED AND GRANT THE RELIEF.

Date Mailed: 03/06/2024         By: /s/John Patrick Lowe
                                                    Trustee

*John Patrick Lowe, Trustee*
*2402 East Main Street*
*Uvalde, TX 78801*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| HAMMER DOWN OILFIELD SERVICES, LLC | § | Case No. 19-11222 CGB |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,152,842.29 |
| and approved disbursements of | $ | 826,970.83 |
| leaving a balance on hand of[1] | $ | 325,871.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000016-2 | Washington County | $ 7,155.05 | $ 7,155.05 | $ 0.00 | $ 0.00 |
| 000036-2 | Iron Cross Oilfield Services, LLC | $ 2,220,400.00 | $ 2,220,400.00 | $ 0.00 | $ 0.00 |
| 000061A | Bestway Oilfield | $ 163,116.46 | $ 163,116.46 | $ 0.00 | $ 0.00 |
| 000066 | Bank of Brenham, N.A. | $ 2,150,449.19 | $ 2,150,449.19 | $ 433,558.34 | $ 270,718.03 |
| 000070 | Catalyst Finance, LP | $ 2,986,799.42 | $ 2,986,799.42 | $ 0.00 | $ 0.00 |
| 000073 | MEYER | $ 177,212.94 | $ 177,212.94 | $ 0.00 | $ 0.00 |
| 000096 | GeoSouthern Operating II, LLC | $ 318,239.50 | $ 318,239.50 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 270,718.03

Remaining Balance $ 55,153.43

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John Patrick Lowe, Trustee | $ 57,835.27 | $ 18,000.00 | $ 39,835.27 |
| Trustee Expenses: John Patrick Lowe, Trustee | $ 14,199.04 | $ 0.00 | $ 14,199.04 |
| Accountant for Trustee Fees: Jennifer L. Rothe, CPA | $ 13,050.00 | $ 13,050.00 | $ 0.00 |
| Accountant for Trustee Expenses: Jennifer L. Rothe, CPA | $ 123.05 | $ 123.05 | $ 0.00 |
| Other: GOSS COMMUNICATIONS, INC. | $ 1,947.96 | $ 1,947.96 | $ 0.00 |
| Other: Internal Revenue Service | $ 1,119.12 | $ 0.00 | $ 1,119.12 |
| Other: Melissa Chadd | $ 160.00 | $ 160.00 | $ 0.00 |
| Other: ERIC TERRY | $ 107,492.90 | $ 107,492.90 | $ 0.00 |
| Other: MARK KIEHNE | $ 187,338.42 | $ 187,338.42 | $ 0.00 |
| Other: MARK KIEHNE | $ 1,236.07 | $ 1,236.07 | $ 0.00 |
| Other: ERIC TERRY | $ 2,086.24 | $ 2,086.24 | $ 0.00 |
| Other: FISHBONE INVESTMENTS, LLC | $ 56,600.00 | $ 56,600.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 59.89 | $ 59.89 | $ 0.00 |
| Other: JOHN MOSLEY | $ 2,520.00 | $ 2,520.00 | $ 0.00 |
| Other: JOHN MOSLEY | $ 128.53 | $ 128.53 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 55,153.43

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,370,460.64 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000050 | Texas Workforce Commission | $ 2,110.25 | $ 0.00 | $ 0.00 |
| 000053-3 | ARENS SERVICES, LLC | $ 40,500.00 | $ 0.00 | $ 0.00 |
| 000056A | Blahuta Advertising | $ 6,950.00 | $ 0.00 | $ 0.00 |
| 000071A | Arkansas Department of Finance & | $ 7,581.61 | $ 0.00 | $ 0.00 |
| 000077 | Chesapeake Operating L.L.C. | $ 742,955.19 | $ 0.00 | $ 0.00 |
| 000078 | Chesapeake Energy Corporation | $ 742,955.17 | $ 0.00 | $ 0.00 |
| 000079 | Chesapeake Exploration L.L.C. | $ 742,955.17 | $ 0.00 | $ 0.00 |
| 000080 | Wildhorse Resources Management Company, | $ 742,955.17 | $ 0.00 | $ 0.00 |
| 000081A | WHR Eagle Ford LLC | $ 742,955.17 | $ 0.00 | $ 0.00 |
| 000082 | Esquisto Resources II, LLC | $ 742,955.17 | $ 0.00 | $ 0.00 |
| 000083A | Brazos Valley Longhorn, LLC | $ 742,955.17 | $ 0.00 | $ 0.00 |
| 000093A | Redback Energy Services LLC | $ 6,375.00 | $ 0.00 | $ 0.00 |
| 000097A | Comptroller of Public Accounts | $ 8,814.36 | $ 0.00 | $ 0.00 |
| 000098A | Comptroller of Public Accounts | $ 1,793.48 | $ 0.00 | $ 0.00 |
| 000104A | Stephen R Johnson | $ 2,170.00 | $ 0.00 | $ 0.00 |
| 000105-2A | Internal Revenue Service | $ 92,748.10 | $ 0.00 | $ 0.00 |
| 000109 | Louisiana Department of Revenue | $ 731.63 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,006,064.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001-2 | FORD MOTOR CREDIT COMPANY LLC | $ 13,183.28 | $ 0.00 | $ 0.00 |
| 000003 | NATIONAL FLARE & EQUIPMENT LLC | $ 146,464.74 | $ 0.00 | $ 0.00 |
| 000004 | Certified Pressure Testing, LLC | $ 9,519.99 | $ 0.00 | $ 0.00 |
| 000005 | Rockin K Hauling, LLC | $ 17,350.00 | $ 0.00 | $ 0.00 |
| 000006 | Hammer Down Oilfield Services, LLC | $ 30,172.72 | $ 0.00 | $ 0.00 |
| 000007 | HYTORC | $ 30,172.72 | $ 0.00 | $ 0.00 |
| 000008 | M&M Disposal | $ 259.04 | $ 0.00 | $ 0.00 |
| 000009 | Fairway Transport, L.L.C. | $ 1,350.00 | $ 0.00 | $ 0.00 |
| 000010 | Hammer Down Oilfield Services LLC | $ 57,769.95 | $ 0.00 | $ 0.00 |
| 000011 | R&S Machine & Fab Inc | $ 36,263.84 | $ 0.00 | $ 0.00 |
| 000012 | UV Logistics LLC | $ 12,474.90 | $ 0.00 | $ 0.00 |
| 000013 | Maxim Energy Services | $ 43,729.24 | $ 0.00 | $ 0.00 |
| 000014 | Plusco, Inc. | $ 7,059.46 | $ 0.00 | $ 0.00 |
| 000015 | Sunrise Hospitality IV, LLC | $ 3,391.57 | $ 0.00 | $ 0.00 |
| 000017 | J & M Premier Services Inc | $ 19,140.00 | $ 0.00 | $ 0.00 |
| 000018 | Landstar Ranger | $ 950.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | K. ALLRED OILFIELD SERVICES, LLC | $ 42,941.68 | $ 0.00 | $ 0.00 |
| 000020 | Atchafayala Measurement, Inc. | $ 21,635.10 | $ 0.00 | $ 0.00 |
| 000021 | Acme Truck Line | $ 16,818.27 | $ 0.00 | $ 0.00 |
| 000022 | Salazar Service and Trucking Corporation | $ 1,303.00 | $ 0.00 | $ 0.00 |
| 000023 | Pryor Sales and Service | $ 186,314.99 | $ 0.00 | $ 0.00 |
| 000024 | Certified Labs | $ 45,418.64 | $ 0.00 | $ 0.00 |
| 000025 | Robert T. Davis | $ 3,296.73 | $ 0.00 | $ 0.00 |
| 000026 | 2A Energy Services LLC | $ 61,588.02 | $ 0.00 | $ 0.00 |
| 000027 | Procurify | $ 7,199.23 | $ 0.00 | $ 0.00 |
| 000028 | Associated Supply Company, Inc. | $ 17,723.88 | $ 0.00 | $ 0.00 |
| 000029 | American Eagle Logistics, LLC | $ 20,296.90 | $ 0.00 | $ 0.00 |
| 000030 | Vanguard Oilfield Services | $ 172,250.00 | $ 0.00 | $ 0.00 |
| 000031 | Isaacs Transport | $ 82,451.00 | $ 0.00 | $ 0.00 |
| 000032-2 | ARENS SERVICES, LLC | $ 37,834.80 | $ 0.00 | $ 0.00 |
| 000033-2 | ARENS SERVICES, LLC | $ 11,000.00 | $ 0.00 | $ 0.00 |
| 000034 | AMD Energy Services, LLC | $ 41,686.83 | $ 0.00 | $ 0.00 |
| 000035 | Maxim Energy Services LLC | $ 43,614.06 | $ 0.00 | $ 0.00 |
| 000037 | Reliable Energy Solutions | $ 57,769.95 | $ 0.00 | $ 0.00 |
| 000038 | J6 Energy Services, LLC | $ 102,923.80 | $ 0.00 | $ 0.00 |
| 000039 | Ricardo Rodriguez | $ 950.00 | $ 0.00 | $ 0.00 |
| 000040 | Ricardo Rodriguez | $ 1,815.75 | $ 0.00 | $ 0.00 |
| 000041 | Iron Oak Services | $ 67,464.13 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Production Technology & Services, Inc. | $ 10,475.25 | $ 0.00 | $ 0.00 |
| 000043 | Gulfstream Services, Inc. | $ 35,492.99 | $ 0.00 | $ 0.00 |
| 000044 | Lass Corporation | $ 87,598.93 | $ 0.00 | $ 0.00 |
| 000045 | American Iron Works | $ 11,250.00 | $ 0.00 | $ 0.00 |
| 000046 | Faith Rentals | $ 152,946.12 | $ 0.00 | $ 0.00 |
| 000047 | GBC Money Group LLC | $ 969,375.00 | $ 0.00 | $ 0.00 |
| 000048 | Rig Runners Inc dba Rig Runner | $ 22,810.00 | $ 0.00 | $ 0.00 |
| 000049 | Lary Archer and Associates | $ 549,522.27 | $ 0.00 | $ 0.00 |
| 000051 | SB Factoring, LLC | $ 24,830.00 | $ 0.00 | $ 0.00 |
| 000052 | JPS EQUIPMENT RENTAL LLC | $ 7,624.93 | $ 0.00 | $ 0.00 |
| 000054 | MRI Software LLC | $ 6,652.89 | $ 0.00 | $ 0.00 |
| 000055 | Best Flow Line Equipment, LP | $ 160,314.25 | $ 0.00 | $ 0.00 |
| 000057 | Full Boar Oil Tools, Inc. | $ 551,151.43 | $ 0.00 | $ 0.00 |
| 000058-2 | FORD MOTOR CREDIT COMPANY LLC | $ 37,395.67 | $ 0.00 | $ 0.00 |
| 000059 | Absolute Control, LLC | $ 53,882.95 | $ 0.00 | $ 0.00 |
| 000060 | Thrubore Valves, LLC | $ 691,982.14 | $ 0.00 | $ 0.00 |
| 000062 | Buffalo Supply and Equipment, Inc. | $ 208,370.97 | $ 0.00 | $ 0.00 |
| 000063 | B & J Wholesale LLC | $ 828,329.04 | $ 0.00 | $ 0.00 |
| 000064 | RUSCO Operating, LLC | $ 40,961.00 | $ 0.00 | $ 0.00 |
| 000065 | M & O Investments Inc. | $ 105,362.71 | $ 0.00 | $ 0.00 |
| 000067-2 | Perez DataNet LLC | $ 20,589.87 | $ 0.00 | $ 0.00 |
| 000068-2 | PL Testing | $ 521,767.30 | $ 0.00 | $ 0.00 |
| 000069 | Satguru Investments LLC DBA Super 8 | $ 18,281.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000072-2 | LEAF Capital Funding, LLC | $ 36,083.49 | $ 0.00 | $ 0.00 |
| 000074-3 | Circle M Energy Services, LLC | $ 81,127.00 | $ 0.00 | $ 0.00 |
| 000075 | TreadStone Energy Partners Group | $ 267,790.00 | $ 0.00 | $ 0.00 |
| 000076 | Metalist LLC dba Indeed Oilfield Supply | $ 98,277.18 | $ 0.00 | $ 0.00 |
| 000084 | Sand Separation Solutions, LLC | $ 101,965.96 | $ 0.00 | $ 0.00 |
| 000085 | Zurich American Insurance Company, ASO | $ 0.00 | $ 0.00 | $ 0.00 |
| 000086 | Bold Production Services LLC | $ 1,010,003.02 | $ 0.00 | $ 0.00 |
| 000087 | National Specialty Insurance Company, | $ 0.00 | $ 0.00 | $ 0.00 |
| 000088 | StarNet Insurance Company, via Berkley | $ 0.00 | $ 0.00 | $ 0.00 |
| 000089 | Hudson Specialty Insurance Group ASO | $ 0.00 | $ 0.00 | $ 0.00 |
| 000090 | Navigators Specialty Insurance Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 000091 | M & O Investments Inc. | $ 105,362.71 | $ 0.00 | $ 0.00 |
| 000092 | Gulf-Pro Services LLC | $ 559,230.13 | $ 0.00 | $ 0.00 |
| 000094 | GEP Haynesville, LLC | $ 33,000,000.00 | $ 0.00 | $ 0.00 |
| 000095-2 | Enterprise FM Trust | $ 166,122.30 | $ 0.00 | $ 0.00 |
| 000099 | Harcos Oilfield Services, LLC | $ 47,800.00 | $ 0.00 | $ 0.00 |
| 000100 | Lawson Equipment Rental, LLC | $ 1,130,827.89 | $ 0.00 | $ 0.00 |
| 000101 | Lawson Equipment Rental.com | $ 1,130,827.89 | $ 0.00 | $ 0.00 |
| 000102 | Accountemps | $ 1,660.25 | $ 0.00 | $ 0.00 |
| 000103 | SKY Vacuum Services, LLC | $ 2,550.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000106 | Best Western Inn of Brenham | $ 44,542.87 | $ 0.00 | $ 0.00 |
| 000107 | Cross Roads Oil Field Supply LTD | $ 64,786.55 | $ 0.00 | $ 0.00 |
| 000002.2 | FORD MOTOR CREDIT COMPANY LLC | $ 15,078.55 | $ 0.00 | $ 0.00 |
| 000056B | Blahuta Advertising | $ 7,067.64 | $ 0.00 | $ 0.00 |
| 000061B | Bestway Oilfield | $ 519,075.06 | $ 0.00 | $ 0.00 |
| 000071B | Arkansas Department of Finance & | $ 1,917.48 | $ 0.00 | $ 0.00 |
| 000093B | Redback Energy Services LLC | $ 22,458.60 | $ 0.00 | $ 0.00 |
| 000097B | Comptroller of Public Accounts | $ 786.12 | $ 0.00 | $ 0.00 |
| 000098B | Comptroller of Public Accounts | $ 150.00 | $ 0.00 | $ 0.00 |
| 000104B | Stephen R Johnson | $ 58.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 32,062.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000105-2B | Internal Revenue Service | $ 32,062.63 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Prepared By: /s/John Patrick Lowe
                              Trustee

*John Patrick Lowe, Trustee*
*2402 East Main Street*
*Uvalde, TX 78801*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.